FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC -6 2017
BY_____ ARTHUR JOHNSTON _____ DEPUTY

Hall Jr. _____
(Last Name)        (Identification Number)

Elijha _____  T. _____
(First Name)      (Middle Name)

Adams County Jail
(Institution)     Natchez, MS
306 State St    39120
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.       CIVIL ACTION NUMBER: __5:17cv146KS-MTP__
                                (to be completed by the Court)

Adams County Sherriff Dept. et al
_____

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Elijha T. Hall Jr    Prisoner Number: _____

Address: 306 State St.

Natchez, MS 39120

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Tony Nichols    is employed as Captain of the Jail    at Adams County Sherriff Dept.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:
Elijha T. Hall

ADDRESS:
306 State St
Natchez Ms

DEFENDANT(S):

NAME:
Travis B. Patten

Tony Nichols

ADDRESS:
306 State St

Natchez, Ms 39120

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Elijha T. Hall -vs- Travis Patton and Tony Nichols
2. Court (if federal court, name the district; if state court, name the county): US District Court Southern District of Mississippi
3. Docket Number: 5:17-cv-00074-DCB-MTP
4. Name of judge to whom case was assigned: Michael T. Parker
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) Dismissed due to lack of response. 10-11-2017

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Please see attached Statement of Claim. Thank You. Medical Bill Statements are also included.

My civil case 5:17-CV-00074-DCB-MTP should not have been dismissed. I sent the required acknowledgment of Reciept, immediately after I recieved the form in the mail. I feel the Sherriff Dept is Tampering with mail.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Medical Bills, Pain and Suffering, Punitive damages, Justice

Signed this 22 day of November, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

X _Elyb T. Hall_
Signature of plaintiff

p.1

Elijha T. Hall Jr
306 State St
Natchez, MS 39120

Complaint:

On or about the 10th day of May 2017, I, Elijha T. Hall Jr, was walking to use the telephone in 3A Block of the Adams County Jail when all of the sudden, I slipped and fell in some water that was coming from a leaking sink in the block. At this time I fell and landed on my back on the concrete floor as well as hit my head on the steel table. I was soaked with water. We, the inmates, had been reporting the leaking sink to the Captain Tony Nichols and Jail staff for quite some time when the slip and fall occurred.

During the time of my fall the jail Seargent called the ambulance and I was taken to Meritt Health in Natchez, MS for an observation. Upon observation by the Emergency Room Doctor I was given two shots and some X-Rays. After returning to the jail I was seen by nurse Cook. I told her that "I could not walk very well and was hurting". That night I fell again. Once I was seen by nurse cook again I reported that I have a knot on my chest that had not been there before the fall. At that time she scheduled me to go back to the Doctor. She wanted more test ran on my back and the knot on my chest.

It wasn't until June 1st of 2017 that I was able to return to the hospital. At this time I was seen by the same man, Dr Keith T. Schwager. He then ran some test on my back and chest. Upon reviewing the test, I was told I had some bruising on my back and the knot on my chest could not be treated as long as I was in the custody of the Adams County Sheriff Dept. The doctor then stated he was going to refer me to another specialist that had better equipment to examine the knot on my chest. I have not been back to the Doctor since...

As of today I often have a hard time breathing, occasionally urinate on myself and cannot stand for long periods of time. I still need treatment for my injuries on my chest and back. I am in constant pain and cannot get any medical attention. The accident was caught on the security camera in 3A-Block in the Adams County Jail in Natchez, Ms. I am being deprived of my constitutional right to Medical Treatment. As well as being taken advantage of due to my mental Illness, Bi-Polar Schizophrenia, in my case and my injury...

Sincerely,
Elijah T Hall
Elijah T. Hall Jr.

ONPASV01
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

Professional Account Services Inc.

PO Box 188
Brentwood, TN 37024-0188
(615) 465-3998
Office Hours:
7 AM – 9 PM   CST Monday – Thursday
7 AM – 7 PM   CST Friday
8 AM – 2 PM   CST Saturday



| ACCOUNT NUMBER: | 7074077-15342 |
|---|---|
| CREDITOR | Merit Health Natchez |
| TOTAL DUE: | $5006.44 |

Elijah Hall
306 State St
Natchez MS 39120-3473

Visit us online
www.pasionline.com

RE: Merit Health Natchez

Your account has been placed with this collection agency for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor.

For questions please call 1-800-755-5152.

| Account # | Patient | Date of Svc | Account Balance |
|---|---|---|---|
| 7074077-15342 | Elijah Hall | 05/11/17 | $5006.44 |

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Please see reverse side for Important Information

Remit To: Professional Account Services ● P.O. Box 188 ● Brentwood, TN 37024-0188

807ONPASV01101



**SCHUMACHER CLINICAL PARTNERS**

(Do NOT mail payments or correspondence to this address.)
165 CAPRICE CT, UNIT B
CASTLE ROCK, CO 80109

update address or insurance information,
ord changes on the back of this statement,
visit our website at www.scpmedbilling.com.

**AMOUNT DUE RESPONSIBLE PARTY**


3286
HALL, ELIJAH T
306 STATE ST
NATCHEZ, MS  39120-3473



If paying by credit, debit or flexible spending card, complete this section.
Responsible Party: HALL, ELIJAH T        Invoice Number: 11X40460815

VISA ☐    MasterCard ☐    DISCOVER ☐    AMEX ☐

Card Number | Exp. Date | Name on Card

Signature | Credit Card Zip Code

$1,269.00 | STATEMENT DATE 06/21/2017 | DUE DATE 07/12/2017 | AMOUNT ENCLOSED

**MAIL PAYMENT OR CORRESPONDENCE TO**

MS EMERGENCY PHYSICIAN SERVICES LLC
PO BOX 731584
DALLAS, TX 75373-1584

00000000342901100000000040460815000012690004



(Detach and return upper portion with payment)



**54 SEARGENT PRENTISS DR**
**NATCHEZ MS 39120-4726**

24    495170220

ELIJAH T HALL
306 STATE ST
NATCHEZ, MS 39120-3473

☐ Please check box and make address or insurance changes on reverse side.



PATIENT NAME
**ELIJAH T HALL JR**

| ACCOUNT # | STATEMENT DATE | AMOUNT PAID |
|---|---|---|
| 7077932 | 08/08/17 | $ |

**DUE DATE: 08/22/17**    **AMOUNT DUE: $1,772.11**

Save time and postage, pay your bill online:
www.merithealthnatchez.com. To pay by phone, call:
888-693-4207

MAKE CHECKS PAYABLE AND REMIT TO:

**MERIT HEALTH NATCHEZ**
PO BOX 743101
ATLANTA GA 30374-3103

0034000707793200000000000000000001772118