IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELIJAH T. HALL                                                                          PLAINTIFF

VS.                                                                      CAUSE NO. 5:17-cv-146-KS-MTP

TRAVIS B. PATTEN, ET AL.                                                        DEFENDANTS

### MOTION TO WITHDRAW

Charles R. Mullins, attorney for Elijah Hall, requests that he be allowed to withdraw as attorney of record for Mr. Hall and presents the following:

1. Mr. Hall filed a civil rights claim against numerous Adams County jail officials. The gist of Mr. Hall's claim in that he slipped and fell in some water and hurt his back.

2. Magistrate Judge Mike Parker conducted and omnibus hearing on January 24, 2019. Judge Parker had difficulty communicating with Mr. Hall at the hearing. Subsequently, Judge Parker appointed undersigned counsel to represent Mr. Hall on January 28, 2019.

3. Undersigned met with Mr. Hall on February 5, 2019 to discuss the case. Undersigned counsel also spoke with Mr. Hall's family members, received the discovery in his criminal case, and went to the Adams County Circuit to review the pleadings and plea transcript contained therein.

4. After diligent review of the facts and applicable case law, undersigned seeks to withdraw form representing Mr. Hall. The facts necessary to establish the reason(s) withdrawal will be established at a hearing which will be set by the Court so as not to prejudice Mr. Hall's case should he wish to proceed.

Respectfully submitted,

BY: */s/ Charles R. Mullins*
     CHARLES R. MULLINS

CHARLES R. MULLINS (MB# 9821)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi  39215-1337
Telephone: (601) 948-1600
chuckm@coxwelllaw.com

## CERTIFICATE OF SERVICE

This is to certify that I, Charles R. Mullins, Attorney for Plaintiff, have this day served a true and correct copy of the above and foregoing via the Court's electronic filing system which sent notification to all known counsel of record. The foregoing was sent to the following via United States Postal Service:

Elijah T. Hall, Inmate # 51050
Central Mississippi Correctional Facility
PO Box 88550
Pearl, MS 39208

This the 10th day of June, 2019.

BY: */s/ Charles R. Mullins*
     CHARLES R. MULLINS